

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00207-CR

**IN RE** Christopher-Jarvis **PAYNE**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: May 29, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On March 22, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2021CR3349, 2022CR6932, styled *State of Texas v. Christopher Payne*, pending in the Criminal District Court, Magistrate Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.